**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

LIAT MANY and YAAKOV MANY,

                Plaintiffs,

-against-

AMERICAN EXPRESS COMPANY,

                Defendant.

------------------------------------- x

<u>ORDER</u>

21 Civ. 1445 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from May 26, 2021 to June 30, 2021 at 9:30 am.

Dated: New York, New York
       May 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge