

**STROOCK**

By eFile

June 29, 2021

Carol A. DiPrinzio
Phone: 212.806.6273
cdiprinzio@stroock.com

**SO ORDERED**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**JUN 3 0 2021**

The initial conference on
June 30, 2021 at 9:30a.m. is cancelled.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re:   Liat Many and Yaakov Many v. American Express Company,
      Case No. 1:21-cv-01445-GBD

Dear Judge Daniels:

We represent defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, in the above-referenced action. We write, together with plaintiffs' counsel, to propose the Civil Case Management Plan and Scheduling Order filed herewith and agreed-to by the parties, for the Court's review and consideration.

Additionally, and in light of the parties agreement to a proposed plan and schedule in this matter, the parties jointly request that the conference currently scheduled for June 30, 2021 at 9:30 a.m. before Your Honor be adjourned or cancelled. Counsel apologizes to the Court for the delay in submitting this request to the Court.

Respectfully submitted,

*/s/ Carol A. DiPrinzio*

Carol A. DiPrinzio

cc: All Counsel of Record (via ECF)