**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- Y

LIAT MANY and YAAKOV MANY,                              :

                     Plaintiffs,                    :

   -against-                                            :

AMERICAN EXPRESS COMPANY,                         :                    ORDER

                Defendant.                     :                    21 Civ. 1445 (GBD)

                                               :

------------------------------------------- X

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York
       January 18, 2022

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge